

New Jersey Office
130 Pompton Avenue
Verona Nj 07044
(973) 239-4300

New York Office
48 Wall Street – 5th fl.
NYC, NY 10005
(646) 779-2746

Lorraine@lgrlawgroup.com
www.lgaulirufo.com
Fax: (973) 239-4310

_____

November 2, 2020

*Via ECF*
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/5/2020

Re:   Reappointment Pursuant to the CJA for
      Compassionate Release Motion for Aldo Mejia
      ***United States v. Mejia,* 18 Cr. 557 (VSB)**

Dear Judge Broderick:

        I represented Aldo Mejia in the above criminal matter before Your Honor several years
ago. Mr. Mejia is still serving a sentence on these charges, and contacted my office seeking my
help to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. §
3582(c)(1)(A)(i). I would respectfully request that Your Honor re-appoint me in this matter, and
if possible, to the *nunc pro tunc* date of October 1, 2020, which was the date I submitted a letter
to the Warden of FCI Sheridan, where Mr. Mejia was designated, seeking his release.

                                        Respectfully submitted,
                                         s/ Lorraine Gauli-Rufo, Esq.
                                         CJA Attorney

cc:  All Counsel of Record